No. 84–6974. ALEEM *v.* GENERAL FELT INDUSTRIES, INC., ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until October 28, 1985, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 85–5028. BURNETTE *v.* UNITED STATES. C. A. 6th Cir.;
No. 85–5150. PREWITT *v.* UNITED STATES POSTAL SERVICE. C. A. 5th Cir.; and
No. 85–5154. GOODLATAW, PERSONAL REPRESENTATIVE FOR THE ESTATE OF GOODLATAW *v.* ALASKA ET AL. Sup. Ct. Alaska. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 28, 1985, within which to pay the docketing fee required by Rule 45(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis*.

No. 85–5115. JORDAN *v.* UNITED STATES DEPARTMENT OF STATE. C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until October 28, 1985, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), I would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 84–6923. IN RE DAY. Sup. Ct. Tex. Petition for writ of common-law certiorari denied.